ACCEPTED
03-13-00790-CV
7729364
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 4:19:02 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/6/2015 4:19:02 PM
JEFFREY D. KYLE
Clerk

FOR THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

## T. MARK ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED M. ANDERSON, AND CHRISTINE ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED M. ANDERSON

v.

## RICHARD T. ARCHER, DAVID R. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER

## MOTION TO SUBSTITUTE ATTORNEYS

Scott R. Kidd
State Bar No. 11385500
512-330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
512-542-9895
svk@kiddlawaustin.com
KIDD LAW FIRM
819 West 11th Street
Austin, TX 78701
512-330-1709 (fax)

No. 03-13-00790-CV

IN THE COURT OF APPEALS

FOR THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

T. MARK ANDERSON, AS CO-EXECUTOR OF THE
ESTATE OF TED M. ANDERSON, AND CHRISTINE
ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED
M. ANDERSON

v.

RICHARD T. ARCHER, DAVID R. ARCHER, CAROL
ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER
BALL, AND SHERRI ARCHER

Appellants T. Mark Anderson and Christine Anderson, as Co-Executors of the Estate of Ted Anderson move that Scott R. Kidd be substituted as their attorney of record in this action. Appellants were previously represented in this action by Gerald McFarlen. On September 2, 2015, this court granted the motion of Mr. McFarlen to withdraw from representation of the appellants. Appellants desire that Mr. Kidd be substituted as their attorney of record in this appeal. Mr.

Kidd's State Bar Number, address, telephone number and email address are as follows:

> Scott R. Kidd
> State Bar No. 11385500
> 819 West 11th Street
> Austin, TX 78701
> 512-330-1713
> 512-330-1709 (fax)
> scott@kiddlawaustin.com

Wherefore, appellants pray that the court grant this motion and substitute Scott R. Kidd as their attorney of record.

> KIDD LAW FIRM
> 819 West 11th Street
> Austin, TX 78701
> 512-330-1709 (fax)
>
> _Scott R. Kidd_
> Scott R. Kidd
> State Bar No. 11385500
> 512-330-1713
> scott@kiddlawaustin.com
> Scott V. Kidd
> State Bar No. 2406556
> 512-542-9895
> svk@kiddlawaustin.com

## Certificate of Conference

On the 6th day of November, 2015, I attempted to confer with Laurie Ratliff, attorney for appellees, concerning this motion. I was unable to reach her.

> _Scott R. Kidd_
> Scott R. Kidd

## Certificate of Service

A copy of this motion was served on Laurie Ratliff, 400 W. 15th Street, Suite 975, Austin, TX 78701, by fax on the 6th day of November, 2015.

Scott R. Kidd